UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LIDIE MICHEL,

    Plaintiff,

v.                               Case No. 8:24-cv-55-TPB-SPF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Sean P. Flynn, United States Magistrate Judge, entered on December 6, 2024. (Doc. 16). Judge Flynn recommends that the Court affirm the Commissioner of Social Security's decision to deny Plaintiff's claim for period of disability, disability insurance benefits, and supplemental security income. Plaintiff filed an objection on December 19, 2024. (Doc. 17). No response to the objection is necessary.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. §

636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Flynn's detailed and thorough 24-page report and recommendation, the Court adopts the report and recommendation in full. The Court agrees with Judge Flynn's well-reasoned analysis and conclusions, and the objection filed by Plaintiff does not provide a basis for overruling the report and recommendation. Consequently, the Commissioner's decision is affirmed.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  Judge Flynn's report and recommendation (Doc. 16) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)  The decision of the Commissioner is **AFFIRMED**.

(3)  The Clerk is directed to enter final judgment in favor of the Commissioner and against Plaintiff and thereafter close the case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 30th day of December, 2024.

TOM BARBER
UNITED STATES DISTRICT JUDGE